

CLERK'S OFFICE
A TRUE COPY
Oct 07, 2025
S. JDIT
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **25-M-510 (SCD)** |
| Andrew Warren Stanton | ) | |
| (D.O.B. xx/xx/1987) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 4, 2025 _____ in the county of _____ Kenosha _____ in the
_____ Eastern _____ District of _____ Wisconsin _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 115(a)(1)(B) | Threats to Assault, Kidnap, or Murder a United States Official |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Eagen, FBI Special Agent
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: _____ 10-7-25 _____

_____
*Judge's signature*

City and state: _____ Milwaukee, Wisconsin _____

Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Eagen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2020. I am assigned to the Joint Terrorism Task Force ("JTTF") and am based out of the Milwaukee Field Office. I am involved in investigations of persons suspected of violations of Federal law in the State of Wisconsin and throughout the United States. I have gained experience conducting investigations through formal training and consultation with local, state, and federal law enforcement agencies as well as from the law enforcement investigations themselves. I have assisted in multiple criminal investigations and participated in numerous search and arrest warrants related to such investigations.

2.      As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2710(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3.      The facts in this affidavit come from my personal observations, my training and experience, and from information obtained from other agents, witnesses, and law enforcement officers. This affidavit is intended merely to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on the facts as set forth in this affidavit, there is probable cause to believe that Andrew Warren STANTON violated Title 18, United States Code, Section 115(a)(1)(B) by threatening to assault or murder a United States official.

## JURISIDCTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A), & (C)(1)(A). Specifically, the Court is "a district court of the United States… that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711 (3)(A)(i).

## PROBABLE CAUSE

1.      On August 26, 2025, Southeast Wisconsin Threat Analysis Center (STAC) received a tip from the Wisconsin Statewide Intelligence Center (WSIC) Threat Analysis Unit that an individual appearing to be Andrew STANTON, date of birth (DOB) July 14, 1987, was making threatening statements using a TikTok account with username @halfdayandy1.1. The main concern expressed in the tip was the user's attempt at soliciting Israeli personal information. The text was recorded as "Do you have the known whereabouts of [Israel flag] IDF members in the IL/WI area? Feel free to dm me. We need verification that they are IN or served." The account @halfdayandy1.1 was removed before all videos could be reviewed, but separate accounts - @halfdayandy1.2 and @halfdayandy1.3 – contained similar rhetoric.

2.      On October 6, 2025, TikTok provided subscriber records which included email address a.stanton11@protonmail.com as associated with TikTok account @halfdayandy1.3 and coopoverwatch11@gmail.com as associated with TikTok user @halfdayandy1.2. Comparison of STANTON's Driver's License photograph obtained from the Wisconsin Department of Transportation (DOT) against the white male featured in the posts in both the @halfdayandy1.2 and @halfdayandy1.3 TikTok accounts leads your affiant to believe that STANTON is the user of both accounts.

3.      On October 6, 2025, T-Mobile provided records indicating that the subscriber of telephone number 408-835-8596 was Andrew Stanton, DOB July 14, 1987, at 6603 23rd Avenue, Kenosha, Wisconsin 53143, and had been since December 16, 2024.

4.       On or about August 29, 2025, a video was posted by @halfdayandy1.3 in which STANTON stated, "We're not getting through to them [politicians] with using our words. That's never gonna happen. You have to use bullets." In a separate video posted on or about the same day, and which featured STANTON, text was superimposed on the screen which read, "I imply the very TRUE statement that a violent state can only be stopped with violence in return. / Also, I think we should be OFFING federal agents / Also, I support "terrorism" by their standard. Anti-imperialist by mine."

5.      On September 5, 2025, federal law enforcement officers attempted to conduct an interview with STANTON both in-person at 6603 23rd Avenue, Kenosha, WI and telephonically at 408-835-8596 but were unable to reach him. Federal law enforcement officers made similar attempts on September 9, 2025, but were again unable to reach STANTON.

6.      On or about September 10, @halfdayandy1.3 posted a video in which STANTON stated, "When there are mass shootings, they are successful. People die and people are terrorized. You can apply that to other people. Federal agents." On or about the same day, @halfdayandy1.3 posted a video in which STANTON stated, "Long day for me, and I'm not necessarily out here to be eloquent. I just want to say one thing. Do more Charlie Kirks. Do a lot more Charlie Kirks."

7.      On September 11, 2025, a federal law enforcement officer (VICTIM 1) made additional attempts to contact STANTON both in-person at 6603 23rd Avenue, Kenosha, WI and

telephonically at 408-835-8596. After these were unsuccessful, VICTIM 1 texted the same number, "Hi Andrew, please call me when you have a chance." VICTIM 1 received the reply "Who is this?" VICTIM 1 subsequently identified himself as Joe, a supervisor with the United States Customs and Border Protection assigned with the FBI and indicated that he wished to speak to STANTON about posts he had been making. During the course of the conversation, STANTON made clear he had no interest in speaking with law enforcement. After VICTIM 1 received a message from STANTON stating "Go fuck yourself", VICTIM 1 replied, "Copy. Thank you for your time."

8.    STANTON continued to engage VICTIM 1 between approximately September 11, 2025 and September 12, 2025 with a series of messages and images, leading VICTIM 1 to block the number. Some of the messages from STANTON were transcribed below:

   a. "Please die. It will help future generations"

   b. "Kill yourself fed"

   c. "Hang yourself in your wife's closet so she discovers your corpse" / "Or maybe in one of your kids rooms" / "You'd be doing them a favor"

   d. "Does that green uniform stain real bad?"

   e. "Let's meet" / "I'm not big into calling the cops so I'll bring my own form of justice. You've knocked on my door before. You know my address[1]. Let me know when your [sic] on the way"

   f. "Mr border patrol with the FBI?" / "I'd like to meet." / "So we can discuss my mental health"

---

[1] This acknowledgement simultaneously supports the belief that (1) STANTON was the one using the phone, (2) STANTON was aware of law enforcement's previous attempts to contact him, and (3) that the phone in question is primarily located within the Eastern District of Wisconsin as stated above in paragraph 4.

g. "If you're actually a fed, which at this point I'm for sure doubting. I hope it's and [sic] "illegal" that drops you, bury you, and piss on your grave" / That would be some poetic justice wouldn't it?"

9. STANTON also sent a meme comprised of an animated representation of Charlie Kirk with a bleeding neck wound. A caption accompanied the image which stated, "This should be a lesson on how To [sic] deal with fascists. You don't Debate [sic] them, you delete them."

10. On or about September 11, 2025, STANTON, as TikTok user @halfdayandy1.3 posted a video which included portions of the text conversation between himself and VICTIM 1 as well as the following caption, "To the agents on my file: Like I told the last guy, "get fucked pig.""

11. On or about October 4, 2025, TikTok user @halfdayandy1.2 posted a video in which a white male matching the physical appearance of STANTON stated, "What the fuck are we even talking about here? If ICE shows up to your neighborhood – I'm sorry, I'm just gonna say it. It's time to start fucking shooting at them. If they show up to your neighborhood, and I'm talking you, Border Patrol Officer Joe[2], it's time we start shooting at you."

12. Based on the foregoing, this affiant holds that it is reasonable to believe that STANTON has violated 18 U.S.C. § 115(a)(1)(B), Threats to Assault, Kidnap, or Murder a United States Official.

_____

[2] As described in Paragraph 12, VICTIM 1 had identified himself to STANTON only as Joe, a CBP supervisor with the FBI.

## **CONCLUSION**

13.     Based on the forgoing, there is probable cause to believe that STANTON violated Title 18, United States Code, Section 115(a)(1)(B).